UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KYLE JIGGETS,                       :
                                    :
              Plaintiff,            :      07 Civ. 1384 (JSR)
                                    :
         -v-                        :          ORDER
                                    :
NEW YORK CITY DEPARTMENT OF CITYWIDE:
ADMINISTRATIVE SERVICES,            :
                                    :
              Defendant.            :
------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-2-09

JED S. RAKOFF, U.S.D.J.

On February 23, 2009, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court dismiss the case.

Neither party has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, dismisses the above-captioned action. The Clerk of the Court is ordered to close the case.

SO ORDERED.

Dated: New York, NY
       April 2, 2009                    _____
                                        JED S. RAKOFF, U.S.D.J.